UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOGWATCH, INC., <br> a Massachusetts corporation, <br><br> Plaintiff, <br><br> v. <br><br> PET PERIMETERS, INC. <br> f/k/a DOGWATCH OF <br> HAMPTON ROADS <br> Inc. a Virginia corporation, <br> and WILLIAM GRAY, <br><br> Defendants. | CIVIL ACTION NO. _____ <br><br> **05 10877 DPW** |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiff DogWatch, Inc.

("DogWatch") hereby states that it is a Massachusetts Corporation.   There are no publicly-held

companies owning ten (10) percent or more of the stock of DogWatch.  Furthermore, DogWatch

has no parent company, and owns no subsidiaries.

DATED: April ____, 2005

Respectfully submitted,

CHOATE HALL & STEWART

By: _____
　　Todd L. Tisdale (BBO #655643)
　　Exchange Place
　　53 State Street
　　Boston, MA 02109
　　(617) 248-5000

*Attorneys for Plaintiff*
*DogWatch, Inc.*