UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOGWATCH, INC. | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-10877-DPW |
| | ) | |
| PET PERIMETERS, INC. f/k/a DOGWATCH | ) | |
| OF HAMPTON ROADS INC. a Virginia | ) | |
| Corporation, and WILLIAM GRAY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**DEFENDANT PET PERIMETERS, INC.'S ASSENTED-TO MOTION TO ENLARGE
THE TIME WITHIN WHICH DEFENDANT MUST PLEAD OR RESPOND BY TWO
WEEKS, TO AND INCLUDING JUNE 6, 2005**

Pursuant to Fed. R. Civ. P. 6(b)(1) and this court's inherent power over its docket,

defendant Pet Perimeters, Inc. respectfully moves the court for an order extending the time

within which it must plead or respond with respect to the Complaint by two weeks, from May

23, 2005 to and including June 6, 2005. The grounds for this motion are that defendant has just

retained counsel to defend this action, that the additional time is necessary for counsel to

investigate and prepare the appropriate pleading or response, and that the limited enlargement

sought herein will not materially delay resolution of this matter. Counsel have conferred pursuant

to Local Rule 7.1, and plaintiff has assented to this motion.

ASSENTED-TO:

DOGWATCH, INC.
By its attorneys,

_Todd L Tisdale (OF)_

Todd L. Tisdale, BBO No. 655643
CHOATE HALL & STEWART
Exchange Place
Boston, MA 02109
(617) 248-5000

PET PERIMETERS, INC.
By its attorneys,

Paul R. DeRensis, BBO No. 121000
John Foskett, BBO No. 175540
DEUTSCH WILLIAMS BROOKS
   DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

Date:  May 20, 2005

DWLIB 181378v1
9999/01

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above
document was served upon the attorney of record for each
party by first-class mail/hand on this date.

2