UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
DOGWATCH, INC.                      )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )   Civil Action No. 05-10877-DPW
                                    )
PET PERIMETERS, INC. f/k/a DOGWATCH )
OF HAMPTON ROADS INC. a Virginia    )
Corporation, and WILLIAM GRAY       )
                                    )
        Defendant.                  )
                                    )
_____)
```

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, Pet Perimeters, Inc., in the above-entitled case.

> Paul R. DeRensis, BBO No. 121000
> John Foskett, BBO No. 175540
> DEUTSCH WILLIAMS BROOKS
>   DERENSIS & HOLLAND, P.C.
> 99 Summer Street
> Boston, MA 02110-1213
> (617) 951-2300

> PET PERIMETERS, INC.
> By its attorneys,
>
> _____
> Paul R. DeRensis, BBO No. 121000
> John Foskett, BBO No. 175540
> DEUTSCH WILLIAMS BROOKS
>   DERENSIS & HOLLAND, P.C.
> 99 Summer Street
> Boston, MA 02110-1213
> (617) 951-2300

Date: May 20, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first-class mail/hand on this date.