5/9/2005

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA                                SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

**UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS**

STATE/COMMONWEALTH OF: MA

**DOGWATCH, INC.**

In re / V.

**PET PERIMITERS, INC., ET AL**

CASE NO:

**05 10877 DPW**

C/O BURKE W. MARGULIES
PET PERIMITERS, INC.
222 CENTRAL PARK AVE, STE. 400, VIRGINIA BEACH, VA 23462

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** SUMMONS IN A CIVIL CASE
COMPLAINT

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service:     5/3/2005 @ 2:45 PM

METHOD OF SERVICE:

**PERSONAL SERVICE**

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Dated: 5/4/2005        Signature
Name: PHILIP COLLINS, CoVAPPS Certification No. 00-0019

Subscribed and sworn to/affirmed before me this day by
PHILIP COLLINS
who is personally known to me.
Date: 5/4/2005
My commission expires: 10/31/2008      Signature of Notary Public:   A. MORGAN JENNINGS

HESTER ATTORNEY SERVICES, Inc., 4 Norman Drive, Poquoson, VA 23662-1306, Phone 757-868-5833

JILL SARTON                                                                                       84411 - 2

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DOGWATCH, INC.

**SUMMONS IN A CIVIL CASE**

V.

PET PERIMITERS, INC. and

WILLIAM GRAY

CASE NUMBER:

## 05 10877 DPW

TO: (Name and address of Defendant)

PET PERIMITERS, INC.
c/o BURKE W. MARGULIES
STE. 400
VIRGINIA BEACH, VA 23462

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd L. Tisdale, Esq.
Choate, Hall & Stewart LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**       APR 2 8 2005

CLERK                                       DATE

(By) DEPUTY CLERK