# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

DOGWATCH, INC.

V.

PET PERIMITERS, INC. and

WILLIAM GRAY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 10877 DPW

TO: (Name and address of Defendant) WILLIAM GRAY
   SERVE →   1500 SANDBRIDGE ROAD
   VIRGINIA BEACH, VA 23456

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Todd L. Tisdale Esq.
Choate, Hall & Stewart LLP
53 State Street
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    APR 2 8 2005

CLERK                                                DATE

(By) DEPUTY CLERK  [signature]