UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOGWATCH, INC. </br></br>      Plaintiff, </br></br> v. </br></br> PET PERIMETERS, INC. f/k/a DOGWATCH OF HAMPTON ROADS INC. a Virginia Corporation, and WILLIAM GRAY </br></br>      Defendant. | Civil Action No.  05-10877-DPW |

**NOTICE OF APPEARANCE FOR DEFENDANT, WILLIAM GRAY**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter our appearance as attorneys for defendant, William Gray, in the above-entitled case.

>Paul R. DeRensis, BBO No. 121000
>John Foskett, BBO No. 175540
>DEUTSCH WILLIAMS BROOKS
>  DERENSIS & HOLLAND, P.C.
>99 Summer Street
>Boston, MA 02110-1213
>(617) 951-2300

>PET PERIMETERS, INC.
>By its attorneys,

>/s/ John Foskett
>Paul R. DeRensis, BBO No. 121000
>John Foskett, BBO No. 175540
>DEUTSCH WILLIAMS BROOKS
>  DERENSIS & HOLLAND, P.C.
>99 Summer Street
>Boston, MA 02110-1213
>(617) 951-2300

Date:  June 14, 2005

2

## **CERTIFICATE OF SERVICE**

      I, John Foskett, certify that I understand that counsel of record will receive electronic notice of the electronic filing of this pleading.

                                            /s/ John Foskett
                                            John Foskett

DWLIB 182782v1
8749/00