UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOGWATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-10877-DPW |
| | ) | |
| PET PERIMETERS, INC. F/K/A | ) | |
| DOGWATCH OF HAMPTON ROADS INC. A | ) | |
| VIRGINIA CORPORATION, AND WILLIAM | ) | |
| GRAY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE/MOTION TO
TRANSFER LAWSUIT TO EASTERN DISTRICT OF VIRGINIA**

Pursuant to Fed. R. Civ. P. 12(b)(2) and 28 U.S.C., § 1406(a), defendants respectfully

move the court for an order dismissing the lawsuit or, in the event transfer is deemed to be in the

interests of justice, transferring it to the Eastern District of Virginia. The grounds for this motion

are that this is not a district in which a substantial part of the events or omissions giving rise to

plaintiff's claims occurred, within the meaning of 28 U.S.C., § 1391(b)(2), while the Eastern

District of Virginia is a district with venue.

In the alternative, defendants respectfully move the court for an order pursuant to 28

U.S.C., § 1404(a) transferring the lawsuit to the Eastern District of Virginia. The grounds for this

motion are that transfer will further the convenience of the parties and the witnesses and is in the

interests of justice.

The grounds for this motion are set forth in greater detail in the memorandum and

affidavit filed herewith.

## LOCAL RULE 7.1(A)(2) CERTIFICATE

John Foskett, co-counsel for defendants, certifies that he conferred with counsel of record

for plaintiff in good faith but that counsel were unable to narrow or resolve the issues.

PET PERIMETERS, INC.
By its attorneys,


/s/ John Foskett
Paul R. DeRensis, BBO No. 121000
John Foskett, BBO No. 175540
DEUTSCH WILLIAMS BROOKS
  DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

and

Paul A. Driscoll
Virginia State Bar No. 33476
Pender & Coward, P.C.
222 Central Park Avenue
Virginia Beach, VA  23462
Date:  June 14, 2005                (757) 490-3000

## CERTIFICATE OF SERVICE

I, John Foskett, certify that I understand that counsel of record will receive electronic
notice of the electronic filing of this pleading.


/s/ John Foskett
John Foskett


DWLIB 182729v1
8749/00