UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOGWATCH, INC., a Massachusetts corporation,  Plaintiff, v. PET PERIMETERS, INC. f/k/a DOGWATCH OF HAMPTON ROADS Inc. a Virginia corporation, and WILLIAM GRAY,  Defendants. | CIVIL ACTION NO. 05-10877 DPW |

**ASSENTED TO MOTION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE/MOTION TO TRANSFER LAWSUIT TO EASTERN DISTRICT OF VIRGINIA**

Pursuant to FED. R. CIV. P. 6(b), Plaintiff Dogwatch, Inc. ("DogWatch") hereby moves this Court, as assented to by Defendants Pet Perimeters, Inc. f/k/a DogWatch of Hampton Roads, Inc. and William Gray (collectively, the "Defendants"; together with DogWatch, the "Parties"), to enlarge the time for DogWatch to respond to Defendants' Motion To Dismiss For Improper Venue/Motion To Transfer Lawsuit To Eastern District Of Virginia until July 15, 2005. The reason for such enlargement is to allow the Parties additional time to discuss resolution of the underlying matter.

1

Respectfully submitted,

DOGWATCH, INC.,

By counsel,

*/s/ Todd L. Tisdale*

Todd L. Tisdale (BBO #655643)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000


As assented to:


PET PERIMETERS, INC. and
WILLIAM GRAY

By counsel,

*/s/ J. Foskett*

Paul R. DeRensis (BBO #121000)
John Foskett (BBO #175540)
DEUTSCH, WILLIAMS, BROOKS,
DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

and

Paul A. Driscoll (VA State Bar No. 33476)
PENDER & COWARD, P.C.
222 Central Park Avenue
Virginia Beach, VA 23462
(757) 490-3000


Dated:   June 28, 2005

2

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON ELECTRONIC
DATE 6/28/05  SIGNATURE _____

3949873v1