UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DOGWATCH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PET PERIMETERS, INC. F/K/A )<br>DOGWATCH OF HAMPTON ROADS INC. A )<br>VIRGINIA CORPORATION, AND WILLIAM )<br>GRAY )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10877-DPW |

**PARTIES' JOINT SCHEDULING STATEMENT**

Pursuant to Local Rule 16.1 and this court's order, the parties respectfully propose the following schedule of pretrial events.

| Event | Date |
|---|---|
| Completion of Discovery | February 7, 2006 |
| Summary Judgment Motions | March 7, 2006 |
| Summary Judgment Oppositions | March 28, 2006 |
| Replies (if necessary) | April 5, 2006 |

The parties do not believe that phased discovery is necessary. Defendants' Local Rule 16.1 certificate is filed herewith. Plaintiff's certificate will be filed separately.

| DOGWATCH, INC.<br>By its attorneys, | PET PERIMETERS, INC.<br>By its attorneys, |
|---|---|
| */s/ Todd L. Tisdale* | */s/ John Foskett* |
| Todd L. Tisdale, BBO No. 655643<br>CHOATE HALL & STUART<br>Exchange Place<br>55 State Street<br>Boston, MA 02109<br>(617) 248-5000 | Paul R. DeRensis, BBO No. 121000<br>John Foskett, BBO No. 175540<br>DEUTSCH WILLIAMS BROOKS<br>   DERENSIS & HOLLAND, P.C.<br>99 Summer Street<br>Boston, MA 02110-1213<br>(617) 951-2300 |

Date:  July 25, 2005

DWLIB 185005v1
8749/00

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOGWATCH, INC.

    Plaintiff,

v.

PET PERIMETERS, INC. f/k/a DOGWATCH
OF HAMPTON ROADS INC. a Virginia
Corporation, and WILLIAM GRAY

    Defendant.

Civil Action No. 05-10877-DPW

## LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, defendants William D. Gray and Pet Perimeters, and their attorney, hereby certify that they have conferred:

a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

_____
William D. Gray

_____
Pet Perimeters, Inc.
By: William D. Gray
Title: President

Paul R. DeRensis, BBO No. 121000
John Foskett, BBO No. 175540
DEUTSCH WILLIAMS BROOKS
  DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

Date: 7/25/05