UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DOGWATCH, INC.,<br>a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>PET PERIMETERS, INC.<br>f/k/a DOGWATCH OF<br>HAMPTON ROADS<br>Inc. a Virginia corporation,<br>and WILLIAM GRAY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 05-10877 DPW |

**ASSENTED TO MOTION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE/MOTION TO
TRANSFER LAWSUIT TO EASTERN DISTRICT OF VIRGINIA**

Pursuant to FED. R. CIV. P. 6(b), Plaintiff Dogwatch, Inc. ("DogWatch") hereby moves

this Court, as assented to by Defendants Pet Perimeters, Inc. f/k/a DogWatch of Hampton Roads,

Inc. and William Gray (collectively, the "Defendants"; together with DogWatch, the "Parties"),

to enlarge the time for DogWatch to respond to Defendants' Motion To Dismiss For Improper

Venue/Motion To Transfer Lawsuit To Eastern District Of Virginia until August 12, 2005.  The

Parties, having engaged in preliminary discussions regarding resolution of the above-referenced

matter, seek additional time to further that end.

1

Respectfully submitted,

DOGWATCH, INC.,

By counsel,


__/s/ Todd L. Tisdale_____
Todd L. Tisdale (BBO #655643)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000


As assented to:


PET PERIMETERS, INC. and
WILLIAM GRAY

By counsel,


__/s/ John Foskett (by permission TLT)
Paul R. DeRensis (BBO #121000)
John Foskett (BBO #175540)
DEUTSCH, WILLIAMS, BROOKS,
DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

and

Paul A. Driscoll (VA State Bar No. 33476)
PENDER & COWARD, P.C.
222 Central Park Avenue
Virginia Beach, VA 23462
(757) 490-3000


Dated:   July 26, 2005

2

3963068v1