UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOGWATCH, INC.. <br> a Massachusetts Corporation <br><br> Plaintiff, <br><br> v. <br><br> PET PERIMETERS, INC. <br> f/k/a DOGWATCH OF <br> HAMPTON ROADS <br> Inc. a Virginia corporation, <br> and WILLIAM GRAY, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 1:05 CV 10877 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## LR 16.1(D)(3) CERTIFICATION

Pursuant to Rule D. Mass. Loc. R. 16.1(D)(3), the undersigned counsel and representative of DogWatch, Inc. hereby certify that they have conferred with a view to (a) establishing a budget for the costs of conducting the full course of the litigation, and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in the District of Massachusetts Local Rules.

    /s/ Frederick King (by permission TLT)
Frederick King
Authorized Representative
DOGWATCH, INC.


    /s/ Todd L. Tisdale_____
Todd L. Tisdale (BBO # 655643)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, Massachusetts 02109
(617) 248-5000

Dated: July 27, 2005

3964129v1