UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOGWATCH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PET PERIMETERS, INC. f/k/a DOGWATCH )<br>OF HAMPTON ROADS INC. a Virginia )<br>Corporation, and WILLIAM GRAY )<br>)<br>Defendants. )<br>) | Civil Action No. 05-10877-DPW |

**NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANTS**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter the appearance of the following as co-counsel for defendants in the above-entitled case.

        Robert D. Hillman, BBO No. 552637
        DEUTSCH WILLIAMS BROOKS
         DERENSIS & HOLLAND, P.C.
        99 Summer Street
        Boston, MA 02110-1213
        (617) 951-2300

        PET PERIMETERS, INC.
        By its attorneys,

        /s/ *Robert D. Hillman*
        Paul R. DeRensis, BBO No. 121000
        Robert D. Hillman, BBO No. 552637
        John Foskett, BBO No. 175540
        DEUTSCH WILLIAMS BROOKS
         DERENSIS & HOLLAND, P.C.
        99 Summer Street
        Boston, MA 02110-1213
        (617) 951-2300

Date:  August 2, 2005

2

## CERTIFICATE OF SERVICE

      I, Robert D. Hillman, certify that I understand that counsel of record will receive electronic notice of the electronic filing of this pleading.

                                  /s/ Robert D. Hillman
                                      Robert D. Hillman

DWLIB 185488v1
8749/00