UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOGWATCH, INC., <br> a Massachusetts corporation, <br><br> Plaintiff, <br><br> v. <br><br> PET PERIMETERS, INC. <br> f/k/a DOGWATCH OF <br> HAMPTON ROADS <br> Inc. a Virginia corporation, <br> and WILLIAM GRAY, <br><br> Defendants. | CIVIL ACTION NO. 05-10877 DPW |

**ASSENTED TO MOTION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE/MOTION TO TRANSFER LAWSUIT TO EASTERN DISTRICT OF VIRGINIA**

Pursuant to FED. R. CIV. P. 6(b), Plaintiff Dogwatch, Inc. ("DogWatch") hereby moves this Court, as assented to by Defendants Pet Perimeters, Inc. f/k/a DogWatch of Hampton Roads, Inc. and William Gray (collectively, the "Defendants"; together with DogWatch, the "Parties"), to enlarge the time for DogWatch to respond to Defendants' Motion To Dismiss For Improper Venue/Motion To Transfer Lawsuit To Eastern District Of Virginia until August 23, 2005. The Parties, having engaged in preliminary discussions regarding resolution of the above-referenced matter, seek additional time to further that end.

Respectfully submitted,

DOGWATCH, INC.,

By counsel,


__/s/ Todd L. Tisdale__
Todd L. Tisdale (BBO #655643)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000


As assented to:


PET PERIMETERS, INC. and
WILLIAM GRAY

By counsel,


__/s/ Robert D. Hillman (by permission TLT)__
Paul R. DeRensis (BBO #121000)
Robert D. Hillman (BBO #552637)
John Foskett (BBO #175540)
DEUTSCH, WILLIAMS, BROOKS,
DERENSIS & HOLLAND, P.C.
99 Summer Street
Boston, MA 02110-1213
(617) 951-2300

and

Paul A. Driscoll (VA State Bar No. 33476)
PENDER & COWARD, P.C.
222 Central Park Avenue
Virginia Beach, VA 23462
(757) 490-3000


Dated:   August 10, 2005

3969790v1