UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOGWATCH, INC.,
    Plaintiff,

v.                                CIVIL ACTION
                                      NO.05-10877-DPW

PET PERIMETERS INC.,
    Defendant

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

   The Court having been advised this date that the above-entitled action has been settled with respect to all parties;

   IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal, Notice of Voluntary Dismissal, or an Agreement for Judgment with the Court no later than **SEPTEMBER 23, 2005.**

                                          BY THE COURT,

                                          /s/ Michelle Rynne
                                          Deputy Clerk

DATED: August 23, 2005